| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 16, 2016
David J. Bradley, Clerk

KENNIE HINES, §
　　　　　　　　　　　　　　§
　　　Petitioner, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION H-15-1977
　　　　　　　　　　　　　　§
WILLIAM STEPHENS, §
　　　　　　　　　　　　　　§
　　　Respondent. §

## Order of Adoption

On May 20, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (25). Hines filed objections (26), which the court overruled (27). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Hines's petition for writ of habeas corpus is denied with prejudice.

Signed _August 16_, 2016, at Houston, Texas.

　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　United States District Judge